IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUANITA FLORES AND<br>MARTHA MUNOZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-98-086 |
| ALL HOME CARE, INC. AND<br>CATHERINE PAVON | § § § | |

## ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **October 30, 1998.** If additional time is required, a motion requesting such extension must be filed no later than **October 2, 1998.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 13, 1998.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **November 13, 1998 at 10:30 A.M.**

(5) Final Pretrial is set for **December 3, 1998 at 8:30 A.M.** before Judge Hilda G. Tagle. Jury selection is set for **December 4, 1998 at 8:30 A.M.** before Judge Hilda G. Tagle.

(6) Trial on the merits is set for **December 1998**, docket call.

DONE at Brownsville, Texas, on this 30th day of July 1998.

                                                John Wm. Black
                                        **United States Magistrate Judge**