5

United States District Court
Southern District of Texas
ENTERED

OCT 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-086 |
| § | |
| ALL HOME CARE, INC. AND § | |
| CATHERINE PAVON § | |

## ORDER

The December 3, 1998 and December 4, 1998, final pretrial and jury selection respectively, are passed.

The November 13, 1998, settlement conference will be held as scheduled.

You will receive an Order from Judge Hilda G. Tagle setting this case for trial.

DONE at Brownsville, Texas, this 15th day of October 1998.

John Wm. Black
United States Magistrate Judge