6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-086 |
| § | |
| ALL HOME CARE, INC. AND § | |
| CATHERINE PAVON § | |

TYPE OF CASE:        __X__ CIVIL                        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**SETTLEMENT CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 10, 1998 AT 2:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    NOVEMBER 23, 1998

TO:      MR. JAMES HERRMANN
         MR. WILLIAM KIMBALL