

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-086 |
| § | |
| ALL HOME CARE, INC. AND § | |
| CATHERINE PAVON § | |

TYPE OF CASE:           __X__ CIVIL           ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 15, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 10, 1998

TO:     MR. JAMES HERRMANN
        MR. WILLIAM KIMBALL