# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
JAN 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-086 |
| § | |
| ALL HOME CARE, INC. AND § | |
| CATHERINE PAVON § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

JANUARY 29, 1999 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 19, 1999

TO:   MR. JAMES HERRMANN
       MR. WILLIAM KIMBALL