# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. B-98-086 |
| § | | |
| ALL HOME CARE, INC. AND § | | |
| CATHERINE PAVON § | | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ William Kimball<br>William Kimball | DEFENDANTS, ALL HOME CARE, INC. AND CATHERINE PAVON | 2/1/99 |
| /s/ James A. Herrmann<br>James A Herrmann | Juanita Flores Martha Munoz | 2/2/99 |

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

Feb 4, 1999
Date

/s/ Hilda G. Tagle
Hilda G. Tagle
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**