14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| ALL HOME CARE, INC., § | |
| Defendant. § | |

B-98-086

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day, came on to be considered the Joint Motion for Dismissal with Prejudice filed by Plaintiffs, Juanita Flores and Martha Munoz and Defendants, All Home Care, Inc. and Catherine Pavon. The Court, after considering the pleadings on file and the announcement of counsel that the parties have settled all claims and causes of action, was of the opinion that this motion should be GRANTED. Accordingly, it is hereby;

ORDERED, ADJUDGED and DECREED that Plaintiffs' causes of action against Defendants, All Home Care, Inc. and Catherine Pavon, be and the same are hereby dismissed with prejudice and that all costs of suit incurred by Plaintiffs and Defendants be paid by the party incurring same.

DONE AT BROWNSVILL on this the 12 day of February, 1999.

_____
U.S. MAGISTRATE

kf\client\allhome\agreemot.dis